Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Plaintiffs*



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SPEEDY SIMULATOR GAMING LLC, a Wyoming limited liability company, and SPYDER GAMES, LLC, a Louisiana limited liability company,

Plaintiffs,

v.

JOHN DOES,

Defendants.

Case No. 3:26-CV-12858-SK

***EX PARTE* MOTION OF PLAINTIFFS FOR EXPEDITED DISCOVERY; MEMORANDUM OF POINTS AND AUTHORITIES**

*Filed concurrently with Declaration of Joseph M. Levy, Declaration of Adam M. Starr, and [Proposed] Order*

Judge: Hon. Judge Sallie Kim
Date: December 22, 2026
Time: 9:30 a.m.
Crtrm.: C, 15th Floor

Action Filed: October 30, 2026
Trial Date: None Set

**MOTION**

On December 22, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Sallie Kim, located in the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, plaintiffs Speedy Simulator Gaming LLC and Spyder Games, LLC will and hereby do move this Court for expedited discovery to serve the subpoenas attached to the declaration of Joseph M. Levy filed concurrently. This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Joseph M. Levy and Adam M. Starr filed concurrently herewith, all of the pleadings, files, and records in this

proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

## MEMORANDUM OF POINTS AND AUTHORITIES

Per FRCP 26(d), parties may seek discovery before the Rule 26(f) conference if permitted by "court order." Courts in the Ninth Circuit will issue an expedited discovery order only for "good cause." *Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 274 (N.D. Cal. 2002); *see also UMG Recordings, Inc. v. Doe*, No. C 08-1193 SBA, 2008 WL 4104214, at *4 (N.D. Cal. Sept. 3, 2008) (collecting cases). "Good cause may be found where the need for expedited discovery, in consideration of the administration of justice, outweighs the prejudice to the responding party." *Semitool*, 208 F.R.D. at 276.

When the identity of the defendant is unknown, a plaintiff "should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds." *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980). Courts consider four factors in evaluating a request for Doe-defendant identity discovery: (1) whether the plaintiff "identifies the Doe defendant with sufficient specificity that the court can determine that the defendant is a real person who can be sued in federal court," (2) whether the plaintiff has explained the "steps taken to locate and identify the defendant," (3) whether "the action can withstand a motion to dismiss," and (4) whether "discovery is likely to lead to identifying information that will permit service of process." *Uber Techs., Inc. v. Doe*, No. C 15-00908 LB, 2015 WL 1205167, at *2 (N.D. Cal. Mar. 16, 2015). All four factors support expedited discovery.

***First***, the complaint and the declaration of Adam M. Starr have identified the specific individuals who coordinated an unauthorized access of "protected computers" within the meaning of 18 U.S.C § 1030(e)(2).

The first is an individual who goes by "Ponti," who appears to use two Discord accounts: Discord user ID 935086315731554304 (username superproshow17311) and Discord ID 927672725777043506 (username allfallsdown_). (Declaration of Adam M. Starr in Support of Plaintiffs' Motion for Expedited Discovery ("Starr Decl.") ¶ 6.) This individual uses the display

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

names "the sus one" and "ponti." *Id.* Ponti's corresponding Roblox username is "pontifexilprofits." *Id.*

The second is an individual who goes by "Dre," associated with the Discord user ID 1209462557568409625 (username Wesexaddicts and also, at times, evahahaidc). (Id. ¶ 7.) Dre uses the display names "SEX" and "addict." *Id.* Dre's corresponding Roblox username is "DreXBTdetrace." *Id.*

The third is an individual who goes by "Peach," associated with the Discord user ID 1544698363486670912. (*Id.* ¶ 13.)

This evidence is sufficient to show that defendants are real people who can be sued in this federal court. *See Uber Techs.*, 2015 WL 1205167 at *3 (Doe defendant "intentionally targeted" Uber, which is "headquartered in California," and intentionally accessed Uber's "proprietary and confidential database without permission").

***Second***, plaintiffs are unaware of any way that these individuals can be identified without the requested subpoenas. (Starr Decl. ¶ 14.) Plaintiffs were provided with information about defendants by a third-party, but the third-party did not know defendants' identities. (*Id.* ¶ 5.) The only way to get defendants' identifying information is through Discord, Roblox, or Comcast, thereby supporting the motion. *Ebates, Inc. v. Does*, No. 16-CV-01925-JST, 2016 WL 2344199, at *2 (N.D. Cal. May 3, 2016) (motion was supported by factor two when plaintiff attested that it was unaware of any way to identify the hacker without the requested discovery).

***Third***, the action can withstand a motion to dismiss because plaintiffs state a claim under the Computer Fraud and Abuse Act ("CFAA"). Defendants collectively accessed protected computers without authorization by duping personnel into installing malware, which was then used to insert an unauthorized script in plaintiffs' Roblox game, where modified code was then published. (Starr Decl. ¶¶ 3, 13.) Defendant "Dre" admitted in a recording that defendants "found a vulnerability and took advantage of this." (*Id.* ¶ 11.) This conduct falls squarely within the CFAA's "without authorization" prohibition and gives rise to a CFAA claim. *See Van Buren v. United States*, 593 U.S. 374, 374 (2021); *see also Facebook, Inc. v. Grunin*, 77 F. Supp. 3d 965,

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

972 (N.D. Cal. 2015) (defendant violated CFAA by impersonating another to access Facebook account).

***Fourth***, the three Rule 45 subpoenas are likely to lead to identifying information. Plaintiffs know and have identified the defendants' Discord handles, User IDs, Discord usernames, and/or Roblox usernames of defendants who coordinated to hack into plaintiffs' Roblox game. (Starr Decl. ¶¶ 6, 7, 13.) Plaintiffs seek the account information associated with each defendant, including names, email addresses, telephone numbers, billing information, IP information, and associated accounts. (Declaration of Joseph M. Levy in Support of Plaintiffs' Motion for Expedited Discovery ("Levy Decl."), Exs. 1 & 2.) Plaintiffs have also identified defendant "Ponti's" IP address, which is allocated to Comcast. (Starr Decl. ¶ 12.) Plaintiffs seek subscriber and account information associated with this IP address, including name, address, billing information, and IPv4 and IPv6 assignment history for the months surrounding the relevant date. (Levy Decl., Ex. 3.) Collectively, this information is highly likely to reveal the identity of defendant. *See Malibu Media, LLC v. Doe*, 319 F.R.D. 299, 306 (E.D. Cal. 2016) ("The information Plaintiff seeks through service of the subpoena will likely [] lead to identifying information, including Defendant's name and address, which should allow Plaintiff to effect service of process on Defendant.").

MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Tel (503) 295-3085 • Fax (503) 323-9105

## CONCLUSION

Because plaintiffs cannot uncover the identity of defendants without serving the requested subpoenas, there is good cause for expedited discovery before the Rule 26(f) conference. Plaintiffs respectfully request that the Court grant the request.

DATED: November 9, 2026.

MARKOWITZ HERBOLD PC

*/s/ Joseph M. Levy*

Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
*Attorneys for Plaintiffs*